A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America )
         Plaintiff(s) ) **APPEARANCE**
)
)
         vs. ) CASE NUMBER
Amsted Industries, Inc. )
)
         Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   C. Scott Hataway   as counsel in this
                                                   (Attorney's Name)

case for:   United States of America
                   (Name of party or parties)

April 18, 2007
Date                                    Signature

                                   C. Scott Hataway
473942                            Print Name
BAR IDENTIFICATION
                               1401 H Street NW  Suite 3000
                               Address

                               Washington, DC  20530
                               City          State          Zip Code

                               202-514-8380
                               Phone Number