AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA,
Department of Justice, Antitrust Division  )
        Plaintiff(s)  )  **APPEARANCE**
          )
          )
        vs.  )  CASE NUMBER  1:07-CV-00710
AMSTED INDUSTRIES, INC.  )
          )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Stephanie A. Fleming__ as counsel in this
                        (Attorney's Name)

case for: __United States v. Amsted Industries, Inc.__
              (Name of party or parties)

__6/8/2007__
Date

__NJ 20052669__
BAR IDENTIFICATION

_/s/ Stephanie Fleming_
Signature

Stephanie A. Fleming
Print Name

1401 H Street, N.W., Suite 3000
Address

Washington, D.C.      20530
City     State     Zip Code

202-514-9228
Phone Number