UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>                *Plaintiff,* )<br>)<br>v.                         )<br>)<br>AMSTED INDUSTRIES, INC., )<br>)<br>                *Defendant.* )<br>) | CASE NO.: 1:07-CV-0710 (JDB)<br><br>JUDGE: John D. Bates<br><br>DECK TYPE: Antitrust<br><br>FILED: June 8, 2007 |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 86.3(b), C. Scott Hataway hereby withdraws his appearance as counsel for the United States. No trial date has been set in this matter, and counsel Stephanie A. Fleming has previously entered her appearance on behalf of the United States.

Dated: June 8, 2007.

Respectfully submitted,

FOR PLAINTIFF
UNITED STATES OF AMERICA

_____               _____
C. Scott Hataway, Esquire                       Stephanie A. Fleming, Esquire
Bar No. 473942                                      Bar No. NJ20052669

United States Department of Justice
Antitrust Division, Litigation II Section
1401 H Street, NW, Suite 3000
Washington, DC 20530
Telephone No.: (202) 307-0924