AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA,

        Plaintiff(s)        )    **APPEARANCE**

        vs.        )    CASE NUMBER   07-0710 (JDB)
AMSTED INDUSTRIES, INC.,

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Joe Sims__ as counsel in this
                                      (Attorney's Name)

case for: __Amsted Industries, Inc.__
                   (Name of party or parties)

July 9, 2007
Date

*[Signature]*
Joe Sims
Print Name

962050
BAR IDENTIFICATION

51 Louisiana Avenue, NW
Address

Washington, DC   20001
City   State   Zip Code

(202) 879-3939
Phone Number