UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           *Plaintiff*,<br><br>v.<br><br>AMSTED INDUSTRIES, INC.,<br><br>           *Defendant*. | Civil Action No. 07-0710 (JDB) |

**DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS
CONCERNING THE PROPOSED FINAL JUDGMENT IN THIS ACTION
AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(g)
BY AMSTED INDUSTRIES, INC.**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), defendant Amsted Industries, Inc. ("Amsted"), by its attorneys, submits this pleading to describe all written or oral communications by or on behalf of Amsted with any officer or employee of the United States concerning the proposed Final Judgment filed in this action on April 18, 2007. In accordance with Section 2(g), this description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone." 15 U.S.C. § 16(g).

To the best of Amsted's knowledge, after appropriate inquiry, there have been no written or oral communications by or on behalf of Amsted with any officer or employee of the United States concerning the proposed Final Judgment, except for communications between counsel of record for Amsted and employees of the Department of Justice Antitrust Division. Amsted therefore certifies that the requirements of Section 2(g) have been complied with and that this

description of communications by or on behalf of Amsted and required to be reported under Section 2(g) is true and complete.

Respectfully submitted,

_____
Joe Sims
(D.C. Bar #962050)
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-3863
Counsel for Amsted Industries, Inc.

July 9, 2007

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Defendant's Description of Written or Oral Communications Concerning The Proposed Final Judgment in This Action And Certification of Compliance Under 15 U.S.C. § 16(g) and Notice of Attorney Appearance were served by hand delivery and first-class mail this 9th day of July 2007 upon each of the parties listed below:

Suzanne Morris, Esq.
Antitrust Division
U.S. Department of Justice
1401 H Street, NW
Suite 3000
Washington, DC 20530
Counsel for United States of America

_____
Joe Sims