# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA,

        Plaintiff(s)        )
                              )    **APPEARANCE**
                              )
                              )
             vs.                   )    CASE NUMBER    1:07-cv-00710
AMSTED INDUSTRIES, INC.        )
                              )
       Defendant(s)       )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Suzanne Morris   as counsel in this
                                        (Attorney's Name)

case for:   United States of America
                (Name of party or parties)

July 11, 2007
Date

*[signature: Suzanne Morris]*
Signature

Suzanne Morris
Print Name

450208
BAR IDENTIFICATION

1401 H Street, N.W., Suite 3000
Address

Washington, DC         20530
City     State     Zip Code

(202) 307-1188
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July 2007, I caused a copy of the foregoing Notice of Attorney Appearance to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below.

_____
Suzanne Morris

For Amsted Industries, Inc.:

Peter J. Love, Esquire
Joe Sims, Esquire
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113