## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE No.: 1:07-cv-00710 |
|  | ) |  |
| *Plaintiff,* | ) | JUDGE: John D. Bates |
|  | ) |  |
| v. | ) | DECK TYPE: Antitrust |
|  | ) |  |
| AMSTED INDUSTRIES, INC., | ) | DATE STAMP: |
|  | ) |  |
| *Defendant.* | ) | FILED: July 11, 2007 |
|  | ) |  |

## CERTIFICATE OF COMPLIANCE WITH PROVISIONS
## OF THE ANTITRUST PROCEDURES AND PENALTIES ACT

Plaintiff United States of America, by the undersigned attorney, hereby certifies that, in compliance with the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h), the following procedures have been followed in preparation for the entry of final judgment in the above-captioned matter herein:

1.  Plaintiff and defendant have stipulated to the entry of the proposed Final Judgment in a Hold Separate Stipulation and Order ("HSSO") filed with the Court on April 18, 2007.

2.  The proposed Final Judgment was filed with the Court on April 18, 2007

3.  The Competitive Impact Statement was filed with the Court on April 18, 2007.

4.  The proposed Final Judgment and Competitive Impact Statement were published in the *Federal Register* on April 30, 2007. *United States v. Amsted Industries, Inc.,* 72 Fed. Reg. 21286-01, 2007 WL 1234777.

5.  A summary of the terms of the proposed Final Judgment was published in *The*

*Washington Post,* a newspaper of general circulation in the District of Columbia, for seven days beginning on May 7, 2007 and ending on May 13, 2007.

6.  Copies of the HSSO, proposed Final Judgment, and Competitive Impact Statement were furnished to all persons requesting them and made available on the Antitrust Division's Internet site.

7.  Defendant filed with the Court, on July 9, 2007, a description of written or oral communications by or on behalf of the defendant, or any other person, with any officer or employee of the United States concerning the proposed Final Judgment, as required by 15 U.S.C. § 16(g).

8.  The sixty-day comment period prescribed by 15 U.S.C. § 16(b) and (d) for the receipt and consideration of written comments, during which the proposed Final Judgment could not be entered, ended on July 5, 2007.

9.  The United States did not receive any comments on the proposed Final Judgment.

10.  The parties have satisfied all the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h), as a condition for entering the proposed Final Judgment, and it is now appropriate for the Court to make the necessary public interest determination required by 15 U.S.C. § 16(e) and to enter the proposed Final Judgment.

Dated: July 11, 2007                                    Respectfully submitted,

                                                        SUZANNE MORRIS
                                                        (D.C. Bar No. 450208 )
                                                        Trial Attorney
                                                        United States Department of Justice
                                                        Antitrust Division, Litigation II Section
                                                        1401 H Street, N.W., Suite 3000
                                                        Washington, DC 20530
                                                        Telephone: (202) 307-1188
                                                        Facsimile: (202) 307-6283

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July 2007, I caused a copy of the foregoing Certificate of Compliance with Provisions of the Antitrust Procedures and Penalties Act to be mailed, by U.S. mail, postage prepaid, to the attorneys listed below.

Suzanne Morris

For Amsted Industries, Inc.:

Peter J. Love, Esquire
Joe Sims, Esquire
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113